404 P.2d 146

**BOARD OF COUNTY COMMISSIONERS OF CHAVES COUNTY and American Employers Insurance Company, Petitioners,**

**v.**

**Honorable George L. REESE, Jr., Judge of the District Court of Chaves County, New Mexico, Respondent.**

**No. 7873**

Supreme Court of New Mexico.

July 28, 1965.

Ordered that the alternative writ of mandamus issued herein on May 7, 1965, be and the same is hereby made absolute.